**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-6936**

───────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

SONNY CARLTON MEEKS,

                                        Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  J. Calvitt Clarke, Jr., Senior District Judge.  (CR-95-42, CA-98-532-2)

───────────

Submitted:  August 13, 1998          Decided:  September 4, 1998

───────────

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Sonny Carlton Meeks, Appellant Pro Se.  Charles Philip Rosenberg, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. United States v. Meeks, Nos. CR-95-42; CA-98-532-2 (E.D. Va. May 21, 1998). We have reviewed the record and find that Appellant's motion was not timely filed in the district court. See Brown v. Angelone, ___ F.3d ___, 1998 WL 389030, at *6 (4th Cir. July 14, 1998) (determining the limitation period with regard to post-AEDPA 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998) petitions in cases where the conviction became final prior to the statute's enactment). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED